In the Matter of FRANCIS EVERY, Petitioner, and HARVEY L. EVERY, an Infant, Appellant, against COUNTY OF ULSTER, Respondent.— Upon remission of this appeal from the Court of Appeals (304 N. Y. 924) in pursuance of section 606 of the Civil Practice Act, for determination of the questions of fact involved, the order of the County Court is reversed, on the facts, and the motion to permit the late filing of the claim by the infant against the county is granted. The court finds the facts to be as stated in the moving papers on the application; upon the facts thus found it exercises a discretion to grant the motion; and it regards the denial of the motion upon such facts to have been improvident. Settle order. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur. [See 280 App. Div. 155.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LERA ELIZINA MUNDERBACK, Appellant.— Appellant appeals from an order of the County Court of Madison County, which affirmed an order of the City Court of the City of Oneida, denying appellant's application in the nature of a writ of *coram nobis*. Appellant, represented by counsel, entered a plea of guilty to committing adultery within the corporate limits of the city of Oneida, in 1940. A jail sentence of 180 days was suspended. It is now contended that the City Court of the City of Oneida lacked jurisdiction of the offense because it is not one of those misdemeanors designated in section 56 of the Code of Criminal Procedure and the possible penalty for that offense exceeds a $50 fine and six months in prison. The only contention presented is that of jurisdiction. The Legislature, by chapter 648 of the Laws of 1911 (the Oneida City Charter), expressly conferred exclusive jurisdiction upon the City Court of the City of Oneida to try all misdemeanors committed within the corporate limits of the city. Order unanimously affirmed. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 282 App. Div. 844.]

In the Matter of the Accounting of ALLEN H. PULSIFER, as Committee of the Person and Estate of HARRY F. RICHTER, an Incompetent Ex-serviceman, Respondent. ADMINISTRATOR OF VETERANS AFFAIRS, Appellant.— The decision of this court, handed down May 13, 1953 (282 App. Div. 103), is amended to provide that the matter be remitted to the County Court, Fulton County, instead of the Surrogate's Court, and the opinion may be considered amended accordingly. Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ., concur.

THOMAS W. McNARY et al., Appellants, v. AIRPORT DRIVE-IN THEATRE, INC., et al., Respondents.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante*, p. 1002.]